# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re Ex Parte Application of Raw Entertainment B.V., <br><br> Applicant. | No. 2:26-mc-00018-MWC-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Application, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Application (ECF 1) is **granted**. The proposed subpoenas (ECF 10 at 4) shall be served, subject to the following:

(a) Authorization to serve the subpoenas is without prejudice to Respondent NMC or any other person impacted by the subpoenas to contest them as permitted by the Federal Rules of Civil Procedure.

(b)    The return date on the subpoenas must be no less than 31 days from date of service.

(c)    Any person contesting a subpoena must do so within 30 days of service, which deadline may be extended by agreement of the parties. A pleading contesting a subpoena will serve to stay any obligation to respond. Any dispute related to a subpoena will be referred to the assigned Magistrate Judge.

(d)    Roobet must serve a copy of this Order and the Magistrate Judge's Report and Recommendation along with the subpoenas.

4.    Within 60 days of this Order, Roobet must file a status report advising on the status of the discovery process. Unless Roobet's status report indicates a problem with discovery, the case shall be closed upon receipt of the status report or when the time to file it passes.

5.    The Court Clerk shall serve this Order on all counsel or parties of record.

DATED:   June 8, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE